IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * CRIMINAL NO. 11-309-BPG |
| William G. HILLAR | * (UNDER SEAL) |
| Defendant | * |

*******

## MOTION TO SEAL

The United States of America, by its attorneys, Rod J. Rosenstein, United States Attorney for the District of Maryland, and Leo J. Wise, Assistant United States Attorney for said District, moves this Honorable Court for an order sealing the Complaint and supporting Affidavit in the above-captioned matter. *in order to protect an on-going investigation.*

**WHEREFORE**, the government requests that this Motion, the Order and all other documents filed in this action be **sealed** until further order of the Court; and that one (1) copy of the signed Complaint be provided by the Clerk to the United States Attorney's Office.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: _____
Leo J. Wise
Assistant United States Attorney

ORDERED as prayed, this 21st day of January, 2011.

_____
Beth P. Gesner
United States Magistrate Judge